**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

**JOHN BENTLEY YANCEY, JR., #167842**   §

**VS.**                                §        **CIVIL ACTION NO. 5:08cv63**

**BOWIE COUNTY, ET AL.**                §

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that

the lawsuit should be dismissed.  The Report of the Magistrate Judge, which contains proposed

findings of fact and recommendations for the disposition of such action, has been presented for

consideration, and no objections thereto having been timely filed, the Court is of the opinion that the

findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and

conclusions of the Court.  It is accordingly

ORDERED that the complaint is **DISMISSED** without prejudice.  Fed. R. Civ. P. 41(b).

All motions by either party not previously ruled on are hereby **DENIED**.

     **SIGNED this 17th day of July, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE